UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-142 (JRT/SER)

United States of America,

          Plaintiff,

Raquel Mone Belcher,

          Defendant.

STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Raquel Mone Belcher, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. The original Order required that the government make all disclosures available on or before July 3, 2015.

I have been advised by my attorney that it will be necessary for him to review all of the discovery to determine what motions if any must be filed. The original Order requires that defense motions be filed on or before July 17, 2015 and my lawyer was advised by the government that there is a delay with the production of the discovery. In addition, my lawyer is scheduled to start a first degree murder trial on July 8, 2015 and it is anticipated that it will last two to three weeks. Accordingly, I am requesting by and through my lawyer that the date by which pretrial motions are due and the date for the hearing on the motions be continued at least thirty (30) days.

I have discussed this matter with my attorney, Thomas H. Shiah, and I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 7/7/15          _____
                       Raquel Mone Belcher
                       Defendant

Dated: 7/7/15          _____
                       Thomas H. Shiah #100365
                       247 Third Avenue South
                       Minneapolis, Minnesota 55415
                       (612) 338-0066
                       ATTORNEY FOR DEFENDANT